### TILLINGHAST v. CLARK.

(Circuit Court of Appeals, Seventh Circuit. October 8, 1912.)

No. 1,877.

In Error to the Circuit Court of the United States for the Western District of Wisconsin.

Action at law by P. Tillinghast, as receiver of the First National Bank of Ironwood, Mich., against Charles R. Clark. Plaintiff brings error. Affirmed.

T. W. Spence and Irving A. Fish, both of Milwaukee, Wis., for plaintiff in error.

Edward M. Smart, of Milwaukee, Wis., and H. L. Butler, of Madison, Wis., for defendant in error.

Before BAKER, SEAMAN, and KOHLSAAT, Circuit Judges.

KOHLSAAT, Circuit Judge. This writ of error is sued out to reverse so much of the judgment of the lower court as allows to the defendant in error herein a credit upon the cause of action brought before this court in No. 1,878 (201 Fed. 77), wherein the parties hereto are reversed, based upon partial failure of consideration for the promissory note there involved.

For the reasons set out in the opinion filed in said former cause, this cause is also affirmed.